IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| PEANGRUTHAI KING | ) | CASE NO. 20-20426 |
| | ) | |
| | ) | JUDGE TIMOTHY A. BARNES |
| Debtor, | ) | |

**ORDER AMENDING PLAN**

THIS CAUSE COMING ON TO BE HEARD on the Objection of Wells Fargo Bank, N. A., the Court having jurisdiction over the parties and the subject matter and being duly advised in the premises, and due Notice having been given:

IT IS HEREBY ORDERED:

1) Debtor is due and owing for the January 1, 2021 post-petition mortgage payment and those due thereafter. Wells Fargo Bank, N. A may collect said post-petition mortgage payments in a Motion for Relief from the Automatic Stay if brought post-confirmation;

2) Confirmation of the Debtor's plan shall not constitute a waiver of past due post-petition mortgage payments due at the date of confirmation.

DATED: __February 4, 2021__     SIGNED BY: _____
                                                                Bankruptcy Judge Timothy A. Barnes

McCalla Raymer Leibert Pierce, LLC
1 North Dearborn Street
Suite 1200
Chicago, Illinois 60602
312-346-9088